UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 19-00117-ODW-30,2,4,7,8,9,14,18,19,22,23,24,25,26,28,29 | Date | August 13, 2024 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Javier Villalobos; Sharon Spence, Manena Fayos |

| Sheila English | Court Smart | Jennifer Y. Chou/ Sara Vargas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 30)- Hector Melendez | X | X | | 30)- Mark Goldrosen | X | | |
| 2)- Angel Guzman | X | X | | 2)- James R Tedford, II | X | X | |
| 4)- Fernando Parada | WAIVED | X | | 4)- Richard Callahan, Jr. | X | X | |
| 7)- Kevin Arteaga | WAIVED | X | | 7)- Mark M Kassabian | X | X | |
| 8)- Edgard Velasquez | X | X | | 8)- Kenneth M. Miller | X | X | |
| 9)- Walter Chavez Larin | X | X | | 9)- Robert Kim Schwarz | X | X | |
| 14)- Bryan Ordones | X | X | | 14)- Dominic Rossetti | X | X | |
| 18)- Luis Gonzalez | X | X | | 18)- Michael M. Crain | X | X | |
| 19)- Edwin Martinez | X | X | | 19)- John McNicholas/Shaun Khojayan | X | X | |
| 22)- Erick Arias | X | X | | 22)- Carlos L. Juarez | X | X | |
| 23)- Bryan Arias | X | X | | 23)- Vitaly B. Sigal | X | X | |
| 24)- Carlos Gonzalez | X | X | | 24)- John Cotsirilos/ Ken Reed | X | X | |
| 25)- Mario Vasquez | X | X | | 25)- John Hanusz/ Melissa A. Weinberger | X | X | |
| 26)- Jose Castillo | X | X | | 26)- Robert Bernstein | X | X | |
| 28)- Paola Guevara | X | X | | 28)- Andrea L. Luem | X | X | |
| 29)- Jose Ayala | WAIVED | X | | 29)- Ian Wallach | X | X | |

**Proceedings    MOTIONS HEARING**

Case called, appearances made. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel. The matter is submitted, an order will issue.

| | 1 | : | 23 |
|---|---|---|---|
| | Initials of Deputy Clerk | | se |