James R. Tedford II, SBN 175602
TEDFORD & ASSOCIATES
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
TEL. (626) 793-7270
FAX (626) 793-7293
E-mail: ted@tedfordlaw.com

Attorney for Defendant
ANGEL AMADEO GUZMAN(2)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAN CRUZ HERNANDEZ, et al.<br><br>ANGEL AMADEO GUZMAN (2)<br><br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.:  19-CR-00117-SB-2

**JOINDER IN MOTION TO DISMISS COUNTS 2 AND 8, AND OVERT ACT 44 OF THE FOURTH SUPERSEDING INDICTMENT FILED BY EDGARD VELASQUEZ [DKT. 2243]**

Hearing Date: Feb. 5, 2026
Hearing Time: 8:00 a.m.
Crtrm: Hon. Stanley Blumenfeld, Jr.

Defendant Angel Guzman, through his undersigned counsel of record, hereby joins in co-defendant Edgard Velasquez' Motion to Dismiss Counts 2 and 8, and Overt Act 44 [Dkt. #2243].

DATED:  January 22, 2026          TEDFORD & ASSOCIATES, P.C.

By,   _/s/ James R. Tedford II_____
James R. Tedford II
Attorney for ANGEL GUZMAN

- 1 -